IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 7 - 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL No. 05-185  SEALED |
| | : |
| SEAN GARLAND, | : |
| CHRISTOPHER JOHN CORCORAN, | : |
| DAVID LEVIN, | : |
| TERENCE SILCOCK, | : |
| HUGH TODD, | : |
| ALAN JONES, and | : |
| MARK ADDERLEY, | : |
| | : |
| Defendants. | : |

*Duplicate* ORDER

Having considered the Government's Motion to Modify Order Sealing Indictment, and for good cause stated therein, the Court

FINDS that upon the arrest of any defendant in this case there will no longer exist a legitimate prosecutorial interest and extraordinary situation, and consequent compelling governmental interest, justifying the sealing of the Indictment and other papers filed in this matter, and delay of entry of this case upon the public docket; and it is hereby

ORDERED that the Indictment in this case shall remain SEALED, except that upon the arrest of any defendant in this case the Indictment in this matter, as well as all other papers filed thus far in this case, shall be unsealed without further order of the Court. Accordingly, upon any defendant's arrest, the government may disclose the Indictment, and related papers filed in this case, to foreign authorities, and may otherwise make them public. The government is hereby directed to promptly file a notice advising of the date and time of such an arrest, thereby enabling

the Clerk of Court to unseal and enter upon the public docket, and make public, the indictment and other filings in the case.

SO ORDERED, this ___6___ day of October, 2005.

_____
CHIEF UNITED STATES DISTRICT JUDGE

cc:   Laura A. Ingersoll
      Brenda J. Johnson
      Assistant United States Attorneys